**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01507-CV

**HOLLY HENDERSON, FORMERLY KNOWN AS, HOLLY CITELLI, Appellant**

**V.**

**STEPHEN E. CHRISMAN AND TRACI L. CHRISMAN, Appellees**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-01374-2009**

## ORDER

We **GRANT** appellant's July 6, 2015 unopposed motion to extend time to file reply brief

and **ORDER** the brief be filed no later than July 16, 2015.

/s/    CRAIG STODDART
         JUSTICE